**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    :        CHAPTER 13
                          :
COLLEEN SELVY-MOORE       :
                          :
        DEBTOR            :        NO. 16-18610 (ELF)

<u>**CERTIFICATE OF SERVICE**</u>

I, David B. Spitofsky, Esquire, hereby certify that on June 5, 2018 I caused true and correct copies of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

        Frederic J. Baker, Esquire
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        William C. Miller, Esquire
        P.O. Box 1229
        Philadelphia, PA 19105

                        /s/ David B. Spitofsky
                        David B. Spitofsky, Esquire
                        516 Swede Street
                        Norristown, PA 19401
                        Phone No. (610) 272-4555
                        Fax No. (610) 272-2961
                        Email: spitofskylaw@verizon.net