United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-18610-elf |
|---|---|
| Colleen Selvy-Moore | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2022 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Colleen Selvy-Moore, 25 Mermont Circle, Darby, PA 19023-1323 |
| 13836768 | + | Blatt, Hasenmiller, et al., 1835 Market Street, Suite 501, Philadelphia, PA 19103-2933 |
| 13836765 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 13836772 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 28 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 28 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13836769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2022 23:52:42 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 13836770 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 28 2022 23:45:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 13836771 | | Email/Text: mrdiscen@discover.com | Mar 28 2022 23:45:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 13845152 | | Email/Text: mrdiscen@discover.com | Mar 28 2022 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13836767 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 28 2022 23:45:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 13836773 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:45:00 | PA Department of Revenue, Commonwealth of Pennsylvania, Bankruptcy Div., Dept. 280946, Harrisburg, PA 17128-0496 |
| 13836774 | + | Email/Text: blegal@phfa.org | Mar 28 2022 23:45:00 | PA Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 13836775 | + | Email/Text: bankruptcynotices@psecu.com | Mar 28 2022 23:45:00 | PA State Employees Credit Union, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 13836776 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:52:38 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 13912588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:52:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 13869684 | + | Email/PDF: rmscedi@recoverycorp.com | | |

District/off: 0313-2        User: admin        Page 2 of 2

Date Rcvd: Mar 28, 2022        Form ID: 138OBJ        Total Noticed: 22

|  |  |  | Mar 28 2022 23:52:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13887308 | + | Email/Text: bankruptcynotices@psecu.com | Mar 28 2022 23:45:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 13866307 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13913493 | + | Email/Text: blegal@phfa.org | Mar 28 2022 23:45:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13836777 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 28 2022 23:45:00 | Verizon, P.O. Box 28002, Lehigh Valley, PA 18002-8002 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13836766 | *+ | Colleen Selvy-Moore, 25 Mermont Circle, Darby, PA 19023-1323 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Colleen Selvy-Moore spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Colleen Selvy–Moore

　　　　Debtor(s)　　　　　　　　　　　　　Case No: 16–18610–elf

　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

　　To all creditors and parties in interest, NOTICE IS GIVEN THAT:


　　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　　All objections must be filed with the Clerk at the following address:

　　　　　　　　　　900 Market Street
　　　　　　　　　　Suite 400
　　　　　　　　　　Philadelphia, PA 19107

　　In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/28/22

41 – 36
Form 138OBJ